# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # _9_

James
-v-
Joe Bush Walker Memorial Baptist Church, et al

U.S.C.A. # _____

U.S.D.C. # 07-cv-10421

JUDGE: KMW

DATE: April 16, 2008

APR 16 2008

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): THOMAS R. PISARCZYK
FIRM: U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
ADDRESS: 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
PHONE NO.: (212) 805 - 0636

**DISTRICT COURT DOCKET ENTRIES** -------

**DOCUMENT DESCRIPTION**                                                                                    **DOC. #**

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

(X) Original Record                                              (___) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 16th Day of April, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

James

-v-

Joe Bush Walker Memorial
Baptist Church, et al

------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 07-cv-10421

JUDGE: KMW

DATE: 4-16-2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered 1 Through 8, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                    Document Description

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 16th Day of April In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
        Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-10421-KMW
### Internal Use Only

James v. Joe Bush Walker Memorial Baptist Church, et al
Assigned to: Judge Kimba M. Wood
Cause: 28:1332 Diversity-Other Contract

Date Filed: 11/19/2007
Date Terminated: 02/25/2008
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 11/19/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Scott Neal James.(jeh) (Entered: 11/30/2007) |
| 11/19/2007 | | Magistrate Judge Debra C. Freeman is so designated. (jeh) (Entered: 11/30/2007) |
| 11/19/2007 | 2 | COMPLAINT against Joe Bush Walker Memorial Baptist Church, et al. Document filed by Scott Neal James.(jeh) (Entered: 11/30/2007) |
| 11/19/2007 | 3 | 60 DAYS ORDER; The Court further directs plaintiff to submit an amended complaint within sixty (60) days of the date of this order, captioned Amended Complaint and bear the same docket number of this order. No summons shall be issued at this time and all further proceedings shall be stayed for sixty (60) days or until plaintiff has complied with this order. If plaintiff fails to comply with this order, the complaint will be dismissed. Once submitted, the amended complaint shall be reviewed for compliance with this order and substantive sufficiency and then, if proper, the case shall be reassigned to a district judge in accordance with the procedures of the Clerk's Office. The Court certifies pursuant to 28 U.S.C. 1915(a)...that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 11/19/2007) (jeh) (Entered: 11/30/2007) |
| 01/18/2008 | 4 | AMENDED COMPLAINT against Yun Kim, William B. James, Wyatt T. Walker, Joe Bush Walker Memorial Baptist Church amending 2 Complaint with JURY DEMAND.Document filed by Scott Neal James. Related document: 2 Complaint filed by Scott Neal James.(jar) (Entered: 02/01/2008) |
| 02/15/2008 | 7 | PRO SE MEMORANDUM dated 2/15/08 re: CHANGE OF ADDRESS for Scott Neal James. New Address: PO Box 225, Pinewood, SC, 29125. (djc) (Entered: 02/27/2008) |
| 02/25/2008 | 5 | JUDGMENT that this complaint is dismissed; The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 2/25/08) (Attachments: # 1 notice of right to appeal)(ml) (Entered: 02/25/2008) |
| 02/25/2008 | 6 | ORDER OF DISMISSAL; the amended complaint, filed in forma pauperis under 28 U.S.C. section 1915(a)(1), is dismissed for failure to allege any facts establishing subject matter jurisdiction, FRCP 12(h)(3), and for failure to state a claim upon which relief may be granted. 28 U.S.C. section 1915(e)(2)(B)(ii). The Court certifies pursuant to 28 U.S.C. section 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 2/25/08) (ae) (Entered: 02/26/2008) |
| 02/26/2008 | | Mailed notice of Right to Appeal to Pro Se Litigant(s): Scott Neal James. (ama) (Entered: 02/26/2008) |
| 03/14/2008 | | Received returned mail re: 5 Judgment, 6 Order of Dismissal. Mail was addressed to Scott Neal James at 40 Temple Street, Somerville, MA 02145-2425 and was returned for the following reason(s): not deliverable as addressed. (tvc) (Entered: 03/19/2008) |
| 03/26/2008 | | PRO SE MEMORANDUM dated 3/26/08. A copy of document # 5 and 6, was re-mailed to the plaintiff/petitioner at the following address: Scott Neal James, P.O. Box 225, Pinewood, SC 29125. (rw) (Entered: 03/26/2008) |
| 03/31/2008 | 8 | NOTICE OF APPEAL from 5 Judgment, 6 Order of Dismissal. Document filed by Scott Neal James. Copies mailed to attorney(s) of record: Corporation Counsel. (tp) (Entered: 04/14/2008) |
| 03/31/2008 | | Appeal Remark as to 8 Notice of Appeal filed by Scott Neal James. $455.00 APPEAL FEE DUE. IFP REVOKED 2/15/08. (tp) (Entered: 04/14/2008) |
| 04/14/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 8 Notice of Appeal. (tp) (Entered: 04/14/2008) |
| 04/14/2008 | | Transmission of Notice of Appeal to the District Judge re: 8 Notice of Appeal. (tp) (Entered: 04/14/2008) |