**MANDATE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/08

S.D.N.Y.-N.Y.C.
07-cv-10421
Wood, C. J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 18th day of July, two thousand eight,

Present:
    Hon. José A. Cabranes,
    Hon. Barrington D. Parker,
    Hon. Reena Raggi,
        *Circuit Judges.*

---

Scott Neal James,

    *Plaintiff-Appellant,*

v.                                                                08-1964-cv

Joe Bush Walker Memorial Baptist Church, *et al.*,

    *Defendants-Appellees.*

---

Appellant, *pro se,* moves for leave to proceed *in forma pauperis*. Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because it lacks an arguable basis in law or fact. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By: _____

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____ DEPUTY CLERK

SAO-jrm

Issued as Mandate: 08/11/08